**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JESSICA THOMPSON, on behalf of themselves and all others similarly situated *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>RECKITT BENCKISER, LLC,<br><br>Defendants. | Case No. 2:23-cv-01606-JCC |

### ~~PROPOSED~~ ORDER RE: JOINT STIPULATED MOTION TO STAY ACTION PENDING JPML DECISION

This matter comes before the Court on the Parties' Joint Motion To Stay Action Pending Decision From The Judicial Panel On Multidistrict Litigation. The Court has reviewed the papers filed by the parties and after duly considering the facts and authorities before the Court, the Parties' Joint Motion is GRANTED.

It is hereby ORDERED that:

1. This case is hereby stayed pending decision of the Judicial Panel on Multidistrict Litigation on the motion for transfer in *In re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL No. 3089, and all deadlines are vacated accordingly, including but not limited to Defendant's obligations to respond to the Complaint.

2. If the JPML does not centralize these cases, the Parties will file a status report within 14 days of the JPML's ruling.

Presented by:

Elizabeth A. Och
Attorney for Defendant

Jacob R. Rusch
Attorney for Plaintiff

Dated this 6th day of December, 2023.

_____
HON. JUDGE JOHN C. COUGHENOUR